STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6912
     FAX: (415) 436-7234
     Kristina.green@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:20-CR-00410-MMC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | AND ORDER THEREON |
| SCOTT TAYLOR, | |
| Defendant. | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against SCOTT TAYLOR without prejudice.

DATED: September 16, 2022          Respectfully submitted,

                              STEPHANIE M. HINDS
                              United States Attorney

                                */s/ Thomas A. Colthurst*
                              THOMAS A. COLTHURST
                              Chief, Criminal Division

1

[PROPOSED] ORDER

2          Leave is granted to the government to dismiss without prejudice the Information against SCOTT

3   TAYLOR.

4

5

6   Date: September __16__, 2022

7                                                          HON. MAXINE M. CHESNEY
                                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28